# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMETEK LLC,<br><br>                Plaintiff,<br><br>vs.<br><br><br><br>FUNZIO, INC.; et al.,<br><br>                Defendants. | CASE NO. 12-CV-2928 BEN (RBB)<br><br>**ORDER:**<br><br>**(1) GRANTING SECOND JOINT MOTION TO CONTINUE HEARING DATE FOR DEFENDANT FUNZIO'S MOTION TO TRANSFER**<br>[Docket No. 28]<br><br>**(2) DENYING AS MOOT FIRST JOINT MOTION TO CONTINUE HEARING DATE FOR DEFENDANT FUNZIO'S MOTION TO TRANSFER**<br>[Docket No. 27] |

      Presently before the Court is the parties' Second Joint Motion to Continue Hearing Date for Defendant Funzio's Motion to Transfer. (Docket No. 28.) For good cause shown, the Motion is **GRANTED**. The hearing date for Funzio's Motion to Transfer to the Northern District of California (Docket No. 26) is rescheduled to **June 17, 2013, at 10:30 a.m.**

///
///
///

The parties' First Joint Motion to Continue Hearing Date for Defendant Funzio's Motion to Transfer (Docket No. 27) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: May 23, 2013

_____
Hon. Roger T. Benitez
United States District Judge